UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:25-cv-02514

JOSE RAMIREZ,

    Plaintiff,

vs.

DYNAFIRE, LLC, a Florida Limited Liability Company,

    Defendant.

_____/

DEFENDANT'S NOTICE OF APPEARANCE

Cynthia F. O'Donnell, Esq. of STONE & GERKEN, P.A. hereby give notice of her appearance on behalf of Defendant, DYNAFIRE, LLC and requests that copies of all motions, notices, and other pleadings heretofore and hereafter filed or served in this cause be furnished to the undersigned.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the

Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

_____

Cynthia F. O'Donnell, Esq.
Stone & Gerken, P.A.
14580 N Hwy 19 A
Mount Dora, FL 32757
(352) 357-0330
cynthia@stoneandgerken.com
Attorneys for Defendant