UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE RAMIREZ,

    Plaintiff,

v.                                                     Case No. 6:25-cv-2514-aCC-RMN

DYNAFIRE, LLC,

    Defendant.

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

NONE

_____
_____
_____

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: March 13, 2026

/s/ Cynthia F. O'Donnell, Esq.

Cynthia F. O'Donnell, Esq.

STONE & GERKEN, P.A.

Counsel for DynaFire, LLC

4850 N Hwy 19A

Mount Dora, FL

Telephone: (352) 357-0330