UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE RAMIREZ,

    Plaintiff,

vs.

DYNAFIRE, LLC,

    Defendant.

Case No.
6:25-cv-2514-ACC-RMN

## ORDER

This matter is before the Court without oral argument on Plaintiff's Motion for Leave to File Second Amended Complaint. Dkt. 21. The Motion is unopposed. *Id.* at 93. After careful consideration, I find Plaintiff's proposed amendment is not offered in bad faith or for the purpose of delay. The proposed amendment's purpose is to cure the deficiencies addressed in Defendant's motion to dismiss. Therefore, Plaintiff has shown good cause for leave to file an amended complaint. Plaintiff is cautioned, however, that he may not be given leave to amend his pleading again in the future. Plaintiff has been given three opportunities to plainly state his claims. That should be enough.

- 2 -

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida, on April 24, 2026.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

- 2 -