**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE RAMIREZ,**

      **Plaintiff,**               **CASE NO.: 6:25-cv-2514**

**vs.**

**DYNAFIRE, LLC, a Florida**
**Limited Liability Company,**

      **Defendant.**

                               /

## NOTICE OF MEDIATION

In accordance with the Local Rules of this Court and this Court's case Management and Scheduling Order, dated April 16, 2026 (Doc. 19), the parties, by and through undersigned counsel, hereby give notice that a mediation conference has been scheduled for this case as follows:

| | |
|---|---|
| **Mediator:** | **R. Scott Callen, Esquire** |
| **Location:** | **The Leach Firm**<br>**1560 N. Orange Avenue**<br>**Suite 600**<br>**Winter Park, Florida 32789** |
| **Date:** | **August 5, 2026** |
| **Time:** | **10:00 a.m.** |

Date: <u>April 30, 2026</u>                                   Respectfully submitted,


                                                        ***/s/ Anthony J. Hall***
                                                        Anthony J. Hall, Esq.
                                                        FL Bar No.: 40924
                                                        THE LEACH FIRM, P.A.
                                                        1560 N. Orange Avenue, Suite 600
                                                        Winter Park, Florida 32789
                                                        Telephone: (407) 574-4999
                                                        Facsimile: (321) 594-7316
                                                        Email: ahall@theleachfirm.com
                                                        Email: aperez@theleachfirm.com
                                                        ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 30th day of April 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.


                                                        ***/s/ Anthony J. Hall***
                                                        Anthony J. Hall, Esq.

2