**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE RAMIREZ,

     Plaintiff,                    CASE NO.: 6:25-cv-2514

vs.

DYNAFIRE, LLC, a Florida
Limited Liability Company,

     Defendant.

                                /

## <u>JOINT MOTION TO CONDUCT MEDIATION VIA ZOOM</u>

Plaintiff JOSE RAMIREZ ("Plaintiff") and Defendant DYNAFIRE, LLC ("Defendant"), by and through their respective undersigned counsel and pursuant to this Court's April 16, 2026 [Doc. 20], respectively request that this Court enter an order permitting the parties and their representatives to conduct mediation by Zoom. In support of this Motion, the parties state as follows:

1.     The parties are set for mediation on August 5, 2026, with mediator Scott Callen at 10:00 a.m. [Doc. 25]

2.     Mediation via Zoom will reduce significant travel time and expense to the parties. Plaintiff and his counsel are located in Deltona and Winter Park, Florida respectively. Defendant and their counsel are located in Casselberry and Mount Dora, Florida respectively.

3.      Because of the foregoing, the parties respectfully request that this Court enter an Order permitting them to mediate this matter via Zoom. The parties' request is sought in good faith and not for the purpose of delay. No party will be unfairly prejudiced by the granting of this Motion.

4.      The parties affirm that mediator, Scott Callen, has agreed to mediate via Zoom.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an Order permitting the parties and their representatives to conduct the mediation via Zoom.

Dated: July 22, 2026

<table>
<tr><td><u>***/s/ Anthony J. Hall***</u><br>Anthony J. Hall, Esq.<br>FL Bar No.: 40924<br>THE LEACH FIRM, P.A.<br>1560 N. Orange Avenue, Suite 600<br>Winter Park, Florida 32789<br>Telephone: (407) 574-4999<br>Facsimile: (833) 423-5864<br>Email: ahall@theleachfirm.com<br>Email: aperez@theleachfirm.com<br>***Counsel for Plaintiff***</td><td><u>***/s/ Cynthia F. O'Donnell***</u><br>Cynthia F. O'Donnell, Esq.<br>FL Bar No.: 127179<br>STONE & GERKEN, P.A.<br>4850 North Highway 19A<br>Mount Dora, Florida 32757<br>Telephone: (352) 357-0330<br>Facsimile: (727) 362-4778<br>Email: cynthia@stoneandgerken.com<br>***Counsel for Defendant***</td></tr>
</table>

2