**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE RAMIREZ,**

**Plaintiff,** **CASE NO.: 6:25-cv-2514**

**vs.**

**DYNAFIRE, LLC, a Florida**
**Limited Liability Company,**

**Defendant.**
**_______________________________/**

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff JOSE RAMIREZ, and Defendant DYNAFIRE, LLC, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, each party shall bear their own attorneys' fees and costs.

Dated: September 10, 2026

***/s/ Anthony J. Hall***
Anthony J. Hall, Esq.
FL Bar No.: 40924
THE LEACH FIRM, P.A.
1560 N. Orange Avenue, Suite 600
Winter Park, Florida 32789
Telephone: (407) 574-4999
Facsimile: (833) 423-5864
Email: ahall@theleachfirm.com
Email: aperez@theleachfirm.com
***Counsel for Plaintiff***

***/s/ Cynthia F. O'Donnell***
Cynthia F. O'Donnell, Esq.
FL Bar No.: 127179
STONE & GERKEN, P.A.
4850 North Highway 19A
Mount Dora, Florida 32757
Telephone: (352) 357-0330
Facsimile: (727) 362-4778
Email: cynthia@stoneandgerken.com
***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of September 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

***/s/Anthony J. Hall***_____________________

Anthony J. Hall, Esq.